772

No. 500.   Sewell Hats, Inc. v. National Labor Relations Board.   November 13, 1944.   Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied.   *Mr. O. C. Hancock* for petitioner.   *Solicitor General Fahy, Mr. Alvin J. Rockwell,* and *Miss Ruth Weyand* for respondent.

No. 504.   Mitchell et al., Members of the State Tax Commission, et al. v. Missouri ex rel. Cairo Bridge Commission.   November 13, 1944.   Petition for writ of certiorari to the Supreme Court of Missouri denied.   *Messrs. Roy McKittrick,* Attorney General of Missouri, *Robert J. Flanagan,* Assistant Attorney General, and *Tyre W. Burton* for petitioners.   *Mr. George A. McNulty* for respondent.

No. 509.   United States v. Baetjer et al., Trustees.   November 13, 1944.   Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied.   *Solicitor General Fahy* for the United States.   *Mr. Earle T. Fiddler* for respondents.

No. 513.   Cooperstown Corporation v. Commissioner of Internal Revenue.   November 13, 1944.   Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied.   *Mr. Alexander B. Siegel* for petitioner.   *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr.,* and *Messrs. Sewall Key, J. Louis Monarch,* and *Warren F. Wattles* for respondent.